UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LUIS MEDRANO, a/k/a "Michael Penna"     Crim. No. 11-615

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum

1. LUIS MEDRANO a/k/a "Michael Penna, SBI #981339B (hereinafter the "Detainee") is now confined at the Hudson County Jail.

2. The Detainee is

   charged in this District by: (X) Indictment   ( ) Information   ( ) Complaint
   with a violation of 18 United States Code Section 922 (g)(1)

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, MLK, Jr. Bldg & U.S. Courthouse, Courtroom 4D, before the Hon. William H. Walls, U.S. District Judge, on Wednesday, March 21, 2012, at 9:30 a.m., for a Plea Hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.


DATED:  March 14, 2012                    /s/ Andrew S. Pak
                                          ANDREW S. PAK
                                          Assistant U.S. Attorney
                                          Petitioner

## ORDER

Let the Writ Issue.

DATED: 14 Mar 12

_____
Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the HUDSON COUNTY JAIL:

WE COMMAND YOU that you have the body of

    LUIS MEDRANO, a/k/a "Michael Penna", SBI#981339B

now confined at the Hudson County Jail, brought before the Hon. William H. Walls, U.S. District Judge, at the United States District Court, in the MLK, Jr. Bldg at Newark, on Wednesday, March 21, 2012, at 9:30 a.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable William H. Walls
    United States District Judge
    Newark, New Jersey

DATED: 3|14|2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
    Deputy Clerk